MORRISON, Respondent, v. BURCHELL, Appellant, two cases. (Supreme Court, Appellate Division, Second Department. July 31,

1914.) Action by James B. Morrison against George F. Burchell.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulates to reduce the verdict to the sum of $100, in which event the judgment, as so modified, and the order, are unanimously affirmed, without costs.